1  Stephen M. Lobbin (SBN 181195)
   slobbin@onellp.com
2  **ONE LLP**
   4000 MacArthur Boulevard
3  East Tower, Suite 500
   Newport Beach, California 92660
4  Tel:   949.502.2870
   Fax:   949.258.5081
5
   Attorneys for Defendants
6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daimler AG**, a German corporation, | Case No. 4:16-cv-1895 |
| Plaintiff, | |
| v. | **STIPULATED EXTENSION OF TIME (Civil L.R. 6-1)** |
| **A Spec Wheels & Tires LLC**, a California company, **Jun Huang**, an individual, and **Does 1-10** inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. (N.D. Cal.) 6-1, the parties hereby stipulate to extend the time within which Defendants shall answer or otherwise respond to the complaint, to and including July 5, 2016.  This change will not alter the date of any event or any deadline already fixed by Court order.

                           Respectfully submitted,

Dated:  May 12, 2016       **THE MARBURY LAW GROUP, PLLC**

                           By:   /s/ Shauna M. Wertheim
                           Shauna M. Wertheim (*pro hac vice*)
                           Michael St. Denis
                           Attorneys for Plaintiff

Dated:  May 12, 2016       **ONE LLP**

                           By:   /s/ Stephen M. Lobbin
                           Attorneys for Defendants

# **CERTIFICATE OF SERVICE**

     I hereby certify that on May 12, 2016, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin

Dated: May 16, 2016



-2-