MICHAEL ST. DENIS
PROFESSIONAL CORPORATION
Michael St. Denis
(CA Bar No. 147952)
500 Silver Spur Rd., Suite 204
Rancho Palos Verdes, CA 90275
Tel:  (310) 378-4700
Fax:  (310) 378-8722
Email:  mike@mikestdenislaw.com

Shauna M. Wertheim (*pro hac vice*)
swertheim@marburylaw.com
Timothy W. Johnson (*pro hac vice*)
tjohnson@marburylaw.com
Joanna L. Cohn (*pro hac vice*)
jcohn@marburylaw.com
THE MARBURY LAW GROUP, PLLC
11800 Sunrise Valley Dr., 15th Fl.
Reston, VA 20191-5300
Tel: 571-267-7002
Fax: 703-391-2901

Attorneys for Plaintiff DAIMLER AG

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAIMLER AG, | Case No.: 3:16-cv-01895-WHO |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND PROPOSED ORDER** |
| A SPEC WHEELS & TIRES, LLC, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a) and the Settlement Agreement between Daimler AG and A Spec Wheels & Tires, LLC entered into on March 30, 2017 ("Settlement Agreement"), Plaintiff Daimler AG ("Plaintiff") and Defendants A Spec Wheels & Tires, LLC and Jun Huang

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER - 1

(collectively, "Defendants"), by and through their respective undersigned attorneys, hereby stipulate that:

1. The above-captioned action should be dismissed with prejudice.

2. Except as set forth in the Settlement Agreement, Plaintiff and Defendants shall bear their own attorney's fees, expenses and costs.

3. The court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

4. Defendants hereby acknowledge and agree that U.S. Design Patent No. D466,851, U.S. Design Patent No. D522,946, U.S. Design Patent No. D532,733, U.S. Design Patent No. D542,211, U.S. Design Patent No. D569,776, U.S. Design Patent No. D570,760, U.S. Design Patent No. D582,330, U.S. Design Patent No. D638,766, U.S. Design Patent No. D656,078, U.S. Design Patent No. D610,516, U.S. Design Patent No. D618,150, U.S. Design Patent No. D610,064, U.S. Design Patent No. D537,767, and U.S. Design Patent No. D516,990 (collectively, the "Asserted Design Patents") are each valid and enforceable, as related to this action and the accused infringing products.

5. Defendants hereby acknowledge Daimler's rights in and to the trademarks alleged in the Complaint, including its rights in U.S. Registration No. 657,386, U.S. Registration No. 3,259,691, U.S. Registration No. 41,127, U.S. Registration No. 285,557, U.S. Registration No. 3,614,891, U.S. Registration No. 4,423,458, U.S. Registration No. 1,660,727, U.S. Registration No. 3,305,055, U.S. Registration No. 1,807,353, and U.S. Registration No. 2,599,862 (collectively, the "Asserted Marks"), and that the Asserted Marks are each valid and enforceable, as related to this action and the accused infringing products.  Defendants agree that they will not contest, or assist in the contest of, the validity or enforceability of the Asserted Patents and the

Asserted Marks, in any forum, including Federal Courts, United States Patent and Trademark Office, and/or the International Trade Commission, except in any future action asserting infringement related to any products other than the accused infringing products.

6. Defendants agree not to purchase, import, sell, distribute, or market automotive wheels infringing the Asserted Patents or the Asserted Marks.

7. Defendants agree not to use any of Daimler's Asserted Marks in the U.S. or other countries for automotive wheels or any goods and services related to automotive wheels.

Dated: March 30, 2017

| THE MARBURY LAW GROUP, PLLC | ONE LLP |
|---|---|
| By: /s/ Shauna M. Wertheim  Shauna M. Wertheim | By: /s/ Stephen Michael Lobbin  Stephen Michael Lobbin |
| Attorneys for Plaintiff  DAIMLER AG | Attorneys for Defendants  A SPEC WHEELS & TIRES, LLC and  JUN HUANG |

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: March 30, 2017                                    Respectfully submitted,

/s/ Shauna M. Wertheim
Shauna M. Wertheim

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: March 31, 2017

William H. Orrick
U.S. District Court Judge